UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES | CRIMINAL NO. 3:01M66 (JGM) |
| v. | |
| ROBERT WALKER | MAY 9, 2006 |

## NOTICE OF APPEARANCE

Please enter the appearance of Peter S. Jongbloed, Assistant United States Attorney, as counsel for the United States of America, in the above-referenced case.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    PETER S. JONGBLOED
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No: ct03192
    157 Church Street
    New Haven, Connecticut 06510
    Tel. 203.821.3700
    Fax. 203.773.5378
    Email: peter.jongbloed@usdoj.gov

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on the 9th day of May, 2006 to Robert L. Walker, c/o MacDougall C.I. 1153 East Street South, Suffield, CT 06080 by U.S. First Class Mail, postage prepaid.

PETER S. JONGBLOED