UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES | CRIMINAL NO. 3:01M66 (JGM) |
| v. | |
| ROBERT WALKER | MAY 9, 2006 |

### MOTION TO UNSEAL

The United States of America, by Peter S. Jongbloed, Assistant United States Attorney, moves this Honorable Court for an Order unsealing the Complaint, Affidavit and Warrant in the above-captioned matter. The defendant was apprehended on April 4, 2001, and the Complaint was dismissed on May 14, 2001. The defendant was prosecuted thereafter by authorities of the State of Connecticut and is currently serving a state sentence. Therefore, the need to keep these documents sealed no longer exists. Further, the defendant has requested a copy of these sealed documents and a copy will be provided to him should the Court unseal them.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY
157 Church Street
New Haven, Connecticut 06510
Tel.   (203) 821-3700
Fax.  (203) 773-5378
Email: peter.jongbloed@usdoj.gov
Federal Bar No. ct03192

**ORDER**

The Government's Motion to Unseal is hereby GRANTED/DENIED.

Dated at New Haven, Connecticut
May      , 2006

_____
HON. JOAN GLAZER MARGOLIS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on the 9th day of May, 2006 to Robert L. Walker, c/o MacDougall C.I. 1153 East Street South, Suffield, CT 06080 by U.S. First Class Mail, postage prepaid.

PETER S. JONGBLOED